UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BARTLETT<br>114 Maury Drive<br>Mobile, Alabama 36606-2404<br><br>　　　　Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br>　　　Serve: Registered Agent<br>　　　　CT Corporation<br>　　　　818 West 7th Street<br>　　　　Los Angeles, CA 90017 | CASE NO.: 3:06-CV-2913<br><br>MDL Docket No. 1699<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

　　　　Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff Claude Bartlett and Defendant Pfizer, Inc. move to dismiss this case without prejudice. The parties have agreed that each party will bear their own costs and fees in this matter. Should Plaintiff Claude Bartlett or a representative of Plaintiff attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

　　　　AND IT IS ORDERED.

Dated: __June 15, 2006____



_____
Hon. Charles R. Breyer
United States District

IT IS SO ORDERED
Judge Charles R. Breyer